THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOHN OWENS, Defendant. [733 NYS2d 659] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had"

in Monroe County (CPL 230.20 [2]). If it develops during *voir dire* that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The relief requested in this motion is premature (*see, People v Mateo*, 239 AD2d 965; *see also, People v DiPiazza*, 24 NY2d 342). Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ. (Filed July 27, 2001.)